HUDSON HOLDING CORPORATION and RAYGAN HOLDING CORPORATION, Plaintiffs,

v. AARON L. PALMER, Respondent, and HARRY YELLIN, Appellant.— Application denied, with ten dollars costs.